**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Juan Jose Maravilla-Alvarez, | ) | No. CV 06-1022-PHX-SMM (CRP) |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Alberto G. Gonzales, | ) | |
| Respondent. | ) | |
| _____ | ) | |

On November 2, 2006, Magistrate Judge Charles R. Pyle filed a Report and Recommendation advising this Court that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") (Dkt. 1) is denied on the grounds that (i) Petitioner's detention is authorized by 8 U.S.C. § 1226(c); (ii) 8 U.S.C. § 1231 does not yet apply; (iii) The holding in <u>Tijani v. Willis</u>, 430 F.3d 1241 (9th Cir. 2005) is not controlling in this case; and (iv) The indefinite duration of a once lawfully admitted alien who was refused admission upon his return to the United States does not violation the Constitution (<u>Shaughnessy v. United States ex.rel. Mezei</u>, 345 U.S. 206 (1953)). <u>See</u> Dkt. 16.  To date, Petitioner has not filed objections to Judge Pyle's Report and Recommendation.

## STANDARD OF REVIEW

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); <u>see also</u> <u>Baxter v. Sullivan</u>, 923 F.2d 1391,

1394 (9th Cir. 1991) (citing <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions.  <u>Baxter</u>, 923 F.2d at 1394; <u>see also</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing <u>McCall v. Andrus</u>, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed Petitioner's Petition and, thereafter, having reviewed the Magistrate Judge's Report and Recommendation and the record <u>de</u> <u>novo</u>, and no objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Charles R. Pyle.  (Dkt. 16.)

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.  (Dkt. 1.)  The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Charles R. Pyle.

DATED this 4th day of December, 2006.

Stephen M. McNamee
United States District Judge